## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT BAGLEY | No. 1:25-mj-00289-JCN |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### GENERAL ALLEGATIONS

At all times relevant to this Complaint:

1. Bank A was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. The Defendant resided in the District of Maine, and at times, in the area of Bangor, Maine.

3. COCONSPIRATOR 1 resided at an apartment in Bangor, Maine.

4. Victim A resided in New Hampshire and was a customer of and had bank accounts with Bank A.

5. Victim B resided in New Jersey and was a customer of and had bank accounts with Bank A.

6. Victim C resided in Vermont and was a customer of and had bank accounts with Bank A.

### OVERVIEW OF CONSPIRACY

7. Beginning in about July 2024 and continuing through about October 1, 2024, the defendant, COCONSPIRATOR 1, and others known and unknown conspired

1

to execute and executed a scheme to defraud Bank A and to obtain funds from Bank A accounts based on false and fraudulent pretenses, representations, and promises, including by obtaining false and fictitious identification documents in the names of legitimate Bank A customers and then using those identification documents at Bank A branch locations in the New England area to access the customers' bank accounts and withdraw funds from those accounts.

## OBJECT AND PURPOSE OF CONSPIRACY

8. The object of the conspiracy was to commit bank fraud by using personal identifying information of legitimate Bank A customers to get access to and withdraw funds under the control of Bank A from customer accounts. The purpose of the conspiracy was to enrich the Defendant, COCONSPIRATOR 1, and coconspirators.

## MANNER AND MEANS

9. Among the manner and means by which the Defendant, COCONSPIRATOR 1, and others known and unknown carried out the conspiracy and the scheme to defraud were the following:

   a. Obtaining and possessing personal identifying information of legitimate Bank A customers.

   b. Obtaining false and fictitious identification documents and bank cards in the names of legitimate Bank A customers.

   c. Making plans to enter and entering Bank A branch locations to use the false and fictitious identification documents and bank cards in the names of legitimate Bank A customers to access the customers' accounts.

   d. Impersonating legitimate Bank A customers, opening new bank accounts

<ol style="list-style-type: lower-alpha" start="4">
<li>or lines of credit in the customers' names by using fraudulent identity documents and bank cards.</li>
<li>Obtaining a bank card or line of credit from Bank A in the customers' names.</li>
<li>Accessing and withdrawing funds from Bank A customer accounts.</li>
</ol>

### ACTS IN FURTHERANCE OF CONSPIRACY

10. Beginning in about July 2024 and continuing through about October 1, 2024, the Defendant, COCONSPIRATOR 1, and others known and unknown committed and caused to be committed the following acts, among others, in furtherance of the conspiracy and scheme to defraud:

   a. On August 20, 2024, the Defendant opened a new checking account ending -5600 with Bank A in Victim A's name at a Bank A location in Massachusetts. The Defendant presented a false and fictitious driver's license in Victim A's name and date of birth to open the account.

   b. On August 20, 2024, the Defendant entered a Bank A branch in Haverhill, Massachusetts, and withdrew $7,500 from Victim A's account.

   c. On August 21, 2024, the Defendant opened a new checking account ending -7094 with Bank A in Victim B's name at a Bank A location in Massachusetts. The Defendant presented a false and fictitious driver's license in Victim B's name and date of birth to open the account.

   d. On August 21, 2024, the Defendant entered a Bank A branch in Methuen, Massachusetts, and withdrew $9,100 from Victim B's account.

   e. On August 5, 2024, the Defendant opened a new checking account ending

    -7047 with Bank A in Victim C's name at a Bank A location in Maine. The Defendant presented a false and fictitious driver's license in Victim C's name and date of birth to open the account.

    f. On August 6, 2024, the Defendant entered a Bank A branch in Newport, Maine, and withdrew $7,200 from Victim C's bank account.

    g. During the conspiracy, the Defendant agreed with COCONSPIRATOR 1, and others known and unknown, to enter financial institutions, namely, Bank A, with fraudulent identifications and bank cards containing the names and personal identifying information of other real individuals.

    h. The Defendant agreed with COCONSPIRATOR 1, and others known and unknown, to travel to different states to engage in acts in furtherance of the conspiracy and scheme to defraud.

    g. As part of the conspiracy, the Defendant and coconspirators traveled to different branches of Bank A, where the Defendant attempted to, and did, impersonate victims and obtain funds from Bank A by fraud.

## COUNT ONE
## Conspiracy to Commit Bank Fraud

11. Paragraphs 1 through 10 and all subparts of this Complaint are incorporated by reference as if fully set forth herein.

### THE SCHEME AND ARTIFICE

12. Beginning in about July 2024 and continuing through about October 1, 2024, in the District of Maine and elsewhere, the Defendant,

### SCOTT BAGLEY

knowingly conspired with COCONSPIRATOR 1 and with others, known and unknown,

to commit bank fraud, that is, to knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, namely, Bank A, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Bank A, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1349 and 1344.

## COUNT TWO
### Aggravated Identity Theft

13. All prior paragraphs and all subparts of this Complaint are incorporated by reference as if fully set forth herein.

14. On about August 20, 2024, in the District of Maine and elsewhere, the Defendant,

**SCOTT BAGLEY**

knowingly possessed and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, conspiracy to commit bank fraud, as charged in Count One of this Complaint. Specifically, the Defendant possessed and used, without lawful authority, Victim A's name in an attempt to access Victim A's bank accounts at Bank A.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

_____
Jose Rodriguez-Aguilar,
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 03 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title